## Mori, Appellant, *v.* Grimes, et ux.

Before GLADDEN, J.

Argued November 18, 1975. *George B. Stegenga,* for appellant; *Davis G. Yohe,* with him *Peacock, Keller, Yohe & Day,* for appellees.

Order affirmed.

JACOBS, J., absent.

## Mounts, et al. *v.* Mounts et ux., Appellants.

Before DISALLE, GLADDEN, and HANNA, JJ.

Argued November 24, 1975. *A. VanGorder,* with him *William C. Hart,* and *Hart & Hart,* for appellants; *Samuel L. Rodgers,* with him *Michael E. Kusturiss,* for appellees.

Order affirmed.

## Osiecki *v.* Osiecki, Appellant.

Argued November 21, 1975. *Joseph V. Agresti,* with him *Agresti & Agresti,* for appellant; *Donald W. Grieshober,* with him *Blackmore & Grieshober,* for appellee.

OPINION PER CURIAM: Decree affirmed. Having made an independent review of the entire record, we are of the opinion that the court below properly granted a decree in divorce in this case.